In the Matter of the Claim of Lunzio Tolloid, Respondent, against A. W. Hopeman & Sons Company et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — payment of award under Workmen's Compensation Law — power of State Industrial Board to reopen case and make increased award.*

*Tolloid v. Hopeman & Sons Co.*, 209 App. Div. 719, affirmed.

(Argued January 21, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1924, unanimously affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. Claimant received and was paid an award for fifty per cent loss of the use of his right foot from an accidental injury received in the course of his employment. Thereafter the State Industrial Board reopened the case and increased the award so as to make compensation for seventy per cent loss of use of the foot. Appellants contended this was error.

*William H. Foster* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

In the Matter of the Claim of George Tracy, Respondent, against Eastern Loading Corporation et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — limitation of actions — when award of State Industrial Board made on claim filed more than one year after accident properly sustained under section 21 of Civil Practice Act.*

*Tracy v. Eastern Loading Corpn.*, 210 App. Div. 805, affirmed.

(Argued January 21, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial

department, entered July 12, 1924, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant was injured March 10, 1921, on a dock in New York city in the course of his employment as a longshoreman unloading a vessel. Thereafter he brought an action in the Supreme Court to recover for such injuries and recovered a verdict but the judgment based thereon was reversed June 9, 1922, and the complaint dismissed on the ground that the Workmen's Compensation Law afforded the only remedy available to plaintiff. On July 18, 1922, the present claim for compensation was filed and is contested on the ground that the claim was not filed within one year of the date of injury as required by section 28 of the Workmen's Compensation Law. The Appellate Division affirmed the award under section 23-a of the Civil Practice Act on authority of *Robinson* v. *Robins Dry Dock Co.* (238 N. Y. 271).

*E. C. Sherwood* and *William B. Davis* for appellants.

*James A. Gray* and *William S. Butler* for claimant, respondent.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and ANDREWS, J. Absent: McLAUGHLIN, J.